UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | Case No. 1:11-cr-86 |
| ) | |
| v. ) | Honorable Janet T. Neff |
| ) | |
| TROSHAR CALLAHAN, ) | |
| ) | **ORDER OF DETENTION** |
| Defendant. ) | |
| _____ ) | |

Defendant is committed to the custody of the Attorney General because he is in the custody of the Bureau of Prisons on an unexpired sentence.

DONE AND ORDERED this 18th day of March, 2011.

/s/ Joseph G. Scoville
United States Magistrate Judge